**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4    PETZILLA, INC.,               CASE NO. 5:13-cv-05067 EJD

5                        **ORDER TO SHOW CAUSE**

6           Plaintiff(s),

       v.

7    ANSER INNOVATION LLC,

8

9          Defendant(s).

                            /

10      On October 30, 2013, Plaintiff Petzilla, Inc. ("Plaintiff") filed the Complaint underlying this

11   action.  See Docket Item No. 1.  To date, however, the docket does not contain a proof of service or

12   waiver of service for any defendant, and no defendant has appeared in this action.

13       Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

14             If service of the summons and complaint is not made upon a defendant
              within 120 days after the filing of the complaint, the court, upon

15           motion or on its own initiative after notice to the plaintiff, shall
              dismiss the action without prejudice as to that defendant or direct that

16           service be effected within a specified time; provided that if the
              plaintiff shows good cause for the failure, the court shall extend the

17           time for service for an appropriate period.

18       The 120-day period for service provided by Rule 4(m) will expire on February 27, 2014.

19   Accordingly, this court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no

20   later than **February 28, 2014,** either: (1) file documents to show proof of service of the Summons

21   and Complaint on defendant; or (2) explain in writing why service has not been accomplished.  No

22   hearing will be held on the order to show cause unless otherwise ordered by the court.

23       Plaintiff is notified that the court will dismiss this action if Plaintiff fails to comply with this

24   OSC or otherwise fail to show good cause as directed above.

25   **IT IS SO ORDERED.**

26

27   Dated:  February 19, 2014

28                                EDWARD J. DAVILA
                                United States District Judge

1