IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETZILLA INC, | Case No. 5:13-CV-05067 EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANSER INNOVATION LLC, | |
| Defendant. | |

Having reviewed the Case Management Statement (See Docket Item No. 16), the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for March 7, 2014 is CONTINUED to **May 9, 2014, at 10:00 a.m.** On or before **April 29, 2014**, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: March 3, 2014

EDWARD J. DAVILA
United States District Judge

Case No. 5:13-CV-05067 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE