**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9          SAN JOSE DIVISION

10   PETZILLA INC,                                  CASE NO. 5:13-cv-05067 EJD

11                                                  **ORDER DISCHARGING ORDER TO SHOW CAUSE**
                     Plaintiff(s),
12          v.

13   ANSER INNOVATION LLC,

14
                     Defendant(s).
15                                          /

16          Since Plaintiff has complied as directed (see Docket Item No. 15), the Order to Show Cause

17   issued on February 19, 2014, is DISCHARGED.

18   **IT IS SO ORDERED.**

19

20   Dated:  March 4, 2014

21                                                  EDWARD J. DAVILA
                                                    United States District Judge
22
23
24
25
26
27
28

1

CASE NO. 5:13-cv-05067 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE