```
NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone:  (650) 617-3419
Facsimile:  (650) 618-2600
Email:  nsg@gikkaslaw.com


KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone:  (408) 331-1670
Facsimile:  (408) 638-0326
Email: jsung@innovationcounsel.com
       jikegami@innovationcounsel.com

Attorneys for Plaintiff
PETZILLA, INC.
```

IT IS SO ORDERED
Judge Edward J. Davila
3/18/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETZILLA, INC. a Delaware corporation, d/b/a Petzila,<br><br>             Plaintiff,<br><br>      v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>             Defendant. | Case No. 5:13-cv-05067-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**CASE NO. 5:13-CV-05067-EJD**
**NOTICE OF VOLUNTARY DISMISSAL**

1 | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff PETZILLA, INC. and its counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant.   The Clerk shall close this file.


Dated:  March 17, 2014            THE GIKKAS LAW FIRM


                                  By:  /s/ Nicolas S. Gikkas
                                   NICOLAS S. GIKKAS
                                   Attorneys for Plaintiff
                                   PETZILLA, INC. d/b/a PETZILA